UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

SEYED AKHAVI,

        Plaintiff,

v.                                                  Civil Action No. 4:21cv17

THOMAS NELSON COMMUNITY COLLEGE,
And
VIRGINIA COMMUNITY COLLEGE SYSTEM,

        Defendants.

## REVISED SETTLEMENT CONFERENCE ORDER

By Order entered August 30, 2021, all parties and their lead counsel were directed to appear in person before the undersigned for a settlement conference on **October 18, 2021 at 10:30 a.m.** (ECF No. 21). In light of the recent entry of General Order No. 2021-11 mandating the wearing of masks and social distancing in the United States Courthouse, it is ORDERED that the settlement conference scheduled in this matter for **October 18, 2021 at 10:30 a.m.** be conducted remotely via Zoomgov[1]. All other terms of the Settlement Conference Order

---

[1] Please ensure you are using the most recent version of the Zoom software prior to the scheduled event. Older versions may not connect and may cause delay in your participation if you upgrade on the day of the scheduled event.

entered August 30, 2021 shall remain in full force and effect.

    IT IS SO ORDERED.

                                                /s/ Douglas E. Miller
                                        United States Magistrate Judge

                                        DOUGLAS E. MILLER
                                        UNITED STATES MAGISTRATE JUDGE

September 17, 2021