**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**SEYED AKHAVI,**

          Plaintiff,

**v.**

          Civil No. 4:21cv17

**THOMAS NELSON COMMUNITY COLLEGE**
**And**
**VIRGINIA COMMUNITY COLLEGE SYSTEM**

          Defendants.

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss, ECF No. 9, is **GRANTED**, and this action is hereby **DISMISSED**.

DATED: 12/16/2021                                   FERNANDO GALINDO, Clerk

                                                                By         /s/        

                                                                       J. Hiemer, Deputy Clerk